JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEADERBAOMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:20-cv-07888-JWH-AS<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendant's Motion to Dismiss or Motion for Summary Judgment [ECF No. 57]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1346(b)(1).

2. The operative pleading is the First Amended Complaint [ECF No. 54] filed by Plaintiff Michael Neaderbaomer.

3. Defendant United States of America shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Michael Neaderbaomer. Plaintiff Michael Neaderbaomer shall take nothing by way of his First Amended Complaint. This action is **DISMISSED with prejudice**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 5, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE